**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 12-cv-01001-LTB-KMT | FTR - Courtroom C-201 |
| **Date:** December 14, 2012 | Deputy Clerk, Nick Richards |
| | |
| MICHAEL SCHWARTZ, and<br>PATTI SCHWARTZ, | Marlo J. Greer |
|      Plaintiffs, | |
| v. | |
| HEATHER MORRISON,<br>ALEXANDER MORRISON, and<br>ROBERTA MORRISON, | Andrew Leonard Shively<br>Joshua Robert Proctor |
|      Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 9:32 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendants' Motion to Compel Fed.R.Civ.P. 35 Examinations of Plaintiff Michael Schwartz [Doc. No. 22, filed November 26, 2012] and Defendants' Motion to Amend/Modify Scheduling Order Re: Rebuttal Expert Disclosure Deadline [Doc. No. 23, filed November 26, 2012].

It is **ORDERED**:    Defendants' Motion to Compel [22] and Motion to Amend/Modify [23] are **GRANTED** as stated on the record.

The Rebuttal Expert Disclosure Deadline of December 14, 2012, Discovery cut-off deadline of March 4, 2013, and the Dispositive Motion deadline of March 25, 2013 are **VACATED** and reset to the following dates:

Discovery Cut-off: March 8, 2013
Dispositive Motion Deadline: March 8, 2013
Disclosure of Rebuttal Experts: January 22, 2013
Rebuttal to Independent Medical Experts: February 22, 2013.

It is **ORDERED**:  Settlement Conference set for March 21, 2013 at 1:30 p.m. in Courtroom C-201 before Magistrate Judge Kathleen M. Tafoya. Confidential Settlement Statements shall be due on or before March 14, 2013. The court shall issue a separate order with further details regarding this Settlement Conference.

**Court in Recess: 9:55 a.m.**
Hearing concluded.
Total In-Court Time    00:23

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.