IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 12-cv-01001-LTB-KMT

MICHAEL SCHWARTZ and PATTI SCHWARTZ,

Plaintiffs,

v.

HEATHER MORRISON,
ALEXANDER MORRISON, and
ROBERTA MORRISON,

Defendants.

_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 48 - filed September 6, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: September 9, 2013